IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMEONE SPENCE | : | |
| Petitioner, | | |
| v. | : | CIVIL ACTION NO. 16-1931 |
| MICHAEL WENEROWICZ, *Superintendent S.C.I. Graterford*; THE DISTRICT ATTORNEY OF THE COUNTY OF MONTGOMERY; and, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : | |
| Respondents. | | |

**ORDER**

AND NOW this 18th day of July 2019, upon careful and independent consideration of: Simeone Spence's Petition for Writ of Habeas Corpus (ECF No. 1); the Response in Opposition thereto (ECF No. 22); Petitioner's Reply (ECF No. 25), and the unopposed Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF No. 27), it is hereby ORDERED as follows:

1. The Report and Recommendation (Doc. No. 27) is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED;

3. A Certificate of Appealability shall NOT ISSUE; and,

4. The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II    J.